IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARK BERGER, ET AL. | § |
| | § |
| versus | § CIVIL ACTION NO. H-98-1148 |
| | § |
| COMPAQ COMPUTER CORP., ET AL. | § |

United States Courts
Southern District of Texas
ENTERED

MAY 16 2002

Michael N. Milby, Clerk of Court

## ORDER

Pending before the Court is the Order to Show Cause **(Instrument No. ___)** filed May 6, 2002. Although no motion accompanied this Order, the Court will accept this pleading as a motion seeking an order to show cause. The request for a Show Cause Order is **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 15th day of May, 2002, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE