IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK BERGER, ET AL. | § § | |
| versus | § § | CIVIL ACTION NO. H-98-1148 |
| COMPAQ COMPUTER CORP., ET AL. | § | |

# ORDER

Pending before the Court is the Defendant Stephen B. Schroeder's Motion for Leave to Reply to Plaintiffs' Supplemental Memorandum and Defendants' Opposition to Renewed Motion for Class Certification **(Instrument No. 108)**. Based on the information provided to the Court, it is the finding of this Court that the motion should be **DENIED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 6th day of August, 2002, at Houston, Texas.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE



